UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21669-CIV-UNGARO

DEMETRAS TALTIAN,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* Petition for Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254, filed June 17, 2009.  (D.E. 1.)

THE COURT has reviewed the record as a whole and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on July 8, 2010, issued a Report recommending that the Petition be dismissed due to Petitioner's untimely filing.  (D.E. 21.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed.  The matter is now ripe for review.

The Magistrate Judge recommends that the Petition be dismissed because it was untimely filed and presents no grounds for the application of equitable tolling.  (D.E. 21.)  Pursuant to 28 U.S.C. § 2244(d)(1), a petitioner seeking federal habeas relief has one year to file his petition following the date on which the judgment becomes final by the conclusion of direct review or the expiration of the time for seeking such review.  Section 2244 provides, however, that the one-year period shall be tolled for the time during which a properly filed application for state post-

conviction or other collateral review is pending.  28 U.S.C. § 2244(d)(2).

Petitioner's judgment became final on May 29, 2001.  She did not file her Petition in this Court until June 17, 2009, well beyond one year after the date on which her judgment became final.  And though Petitioner instituted post-conviction challenges to her convictions and sentences, she did not do so until after the applicable federal limitations period had expired.  Finally, Petitioner has presented no grounds on which the Court could find that equitable tolling should be applied.  Accordingly, having conducted a careful, *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 21)  is RATIFIED, ADOPTED and AFFIRMED.  Petitioner's *pro se* Petition for Writ of Habeas Corpus (D.E. 1) is DISMISSED as time barred.

DONE and ORDERED in Chambers, at Miami, Florida this _30th__ day of July, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Demetras Taltian, *pro se*
Counsel of record